IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3050 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| BOBBIE H. KEYS, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant has moved to continue the pretrial motion deadline and the trial currently set for September 12, 2011. (Filing No. 17.) As explained in the defendant's motion, the defendant needs additional time to investigate this case and complete discovery. The government does not oppose the requested continuance. The court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) Defendant's motion to continue, (filing no. 17), is granted.

2) The pretrial motion deadline is extended to September 8, 2011.

3) The trial of this case is set to commence before the Honorable Richard G. Kopf at 9:00 a.m. on September 26, 2011 or as soon thereafter as the case may be called, for a duration of three (3) trial days, in Courtroom 1, United States Courthouse, Lincoln, Nebraska. Jury selection will be held at commencement of trial.

4) Based upon the showing set forth in the defendant's motion and the representations of defendant's counsel, the Court further finds that the ends of justice will be served by continuing the trial; and that the purposes served by continuing the trial date in this case outweigh the interest of the defendant and the public in a speedy trial. Accordingly, the time between today's date and September 26, 2011 shall be excluded for speedy trial calculation purposes. 18 U.S.C. § 3161(h)(7)(A).

August 26, 2011.

BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge