IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3050 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| BOBBIE H. KEYS, | ) | |
| | ) | |
| Defendant. | ) | |

After conferring with the parties and counsel for Lancaster County, the court finds that the defendant has failed to show that the documents requested in his subpoena are "probably relevant and probably admissible." NECrimR 17.2(b)(2).

Accordingly,

IT IS ORDERED:

1) The court's prior order, (filing no. 34), is hereby withdrawn.

2) Lancaster County's Motion to Quash and for a Protective Order, (filing no. 41), is sustained.

3) Lancaster County has offered to provide copies of any publicly available documents responsive to the defendant's subpoena. This offer is accepted. Any copies provided by Lancaster County shall be provided to both the government's counsel and the defendant's counsel.

DATED this 9th day of January, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge