IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:10CR3050 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| BOBBIE H. KEYS, | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant's motion in limine (filing 50) shall be held in abeyance and not considered until the first day of trial, during the conference which will be held immediately prior to trial, unless a party shall show cause, within 5 days of this order, why such deferral would be inappropriate.

February 7, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge