IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:10CR3050 |
| | ) | |
| V. | ) | |
| | ) | |
| BOBBIE H. KEYS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant's motion in limine (filing 50) will be taken up immediately prior to trial at the in-chambers conference with counsel.

DATED this 22nd day of March, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge