FILED
U. S. DISTRICT COURT
DISTRICT OF NEBRASKA
2012 MAR 28 AM 9:08

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:10CR3050-RGK-CRZ |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER TO COMPEL TESTIMONY** |
| | ) | |
| BOBBIE H. KEYS, | ) | |
| | ) | |
| Defendant. | ) | |

On motion of the government filed in this matter on the 28th day of March, 2012, and it appearing to the satisfaction of the Court that:

1. Anisha Evans has been called to testify and provide information at the jury trial currently underway; and

2. In the judgment of the United States Attorney, Anisha Evans may refuse to testify or provide information at the trial herein, on the basis of her privilege against self-incrimination; and

3. In the judgment of the United States Attorney, the testimony or information which she may provide, is or may be, necessary to the public interest; and

4. The motion filed herein has been made with the approval of Kenneth A. Blanco, Deputy Assistant Attorney General of the United States Department of Justice, pursuant to the authority vested in him by Title 18, United States Code, Section 6003 and Title 18, C.F.R., Sections 0.175 and 18.10.132; now, therefore, it is hereby

ORDERED, pursuant to Title 18, United States Code, Section 6003, that Anisha Evans give testimony or provide information, which she may refuse to give or provide on the basis of her privilege against self-incrimination, as to all matters about which he may be asked before said Jury.

*(signature)*
RICHARD G. KOPF
SENIOR UNITED STATES DISTRICT JUDGE

DATED: 3-28-12